USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|17|2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

JAMES CHRISTOPHER KING,

                Plaintiff,

          -against-

DR. SHINDER, DR. ZACHARIAH, NURSE
ADMIN. J. PETRANKER, and NP. E.
HANDLER,

                Defendants.

----------------------------------------------------------X

16 **CIVIL** 6315 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated August 17, 2020, Defendants'

motions for summary judgment are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       August 17, 2020

                             **RUBY J. KRAJICK**

                               **Clerk of Court**

         **BY:**

                               **Deputy Clerk**